UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF EAST VALLEY GOLF, LTD., d.b.a. REVEGETATION SERVICES, an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROAD AND HIGHWAY BUILDERS, L.L.C., a Nevada limited liability company; LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION. | 03:03-cv-00457-LRH (RAM)<br><br>ORDER |

Pursuant to court's order (Doc. #24), further proceedings in this matter were stayed pending arbitration of the parties' disputes. The parties were ordered to file a status report at least every 90 days until dispute was resolved. Plaintiff filed an Interim Status Report on November 18, 2004 (Doc. #26). No further stipulation for extension or status report having been filed, the court orders that a status report be filed by the parties within 30 days of entry of this Order.

IT IS SO ORDERED.

DATED this 13th day of June, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE